UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  Christopher & Alicia Bentley,
                          Debtors.

                              Case No.  12-12706-BAH
                              Chapter 13 Bankruptcy

## Order

The Chapter 13 Trustee having filed a Motion to Dismiss and Sanction the debtors (the "Motion") alleging their failure to comply with the terms of their Confirmed Plan as it pertains to tax returns and refunds, and the Court having given due consideration to the Motion, the Court hereby GRANTS in part and DENIES in part the Motion subject to the following terms:

   1.  The debtors have now resolved all issues regarding their 2013 federal income tax return pursuant to the terms of In re Michaud.

   2.  The debtors are hereby sanctioned in the amount of $200.00, and the sanction is due by March 6, 2015.

   3.  Should the debtors fail to comply with any provisions of this Order as described above, and should the Chapter 13 Trustee file an affidavit so asserting, this case will be dismissed without further hearing, provided that the debtors shall first have a period of 7 days following the filing of such an affidavit to respond and request a hearing before the relief requested in the affidavit may be granted.

   So Ordered.

   Dated:

                              _____
                              Bruce A. Harwood
                              Chief Bankruptcy Judge